Ross D. PRIMM, Appellant,

v.

Kathleen L. PRIMM, Respondent.

No. WD 47232.

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

Pamela Lambert, Columbia, for appellant.

Francis Cline, Jr., Columbia, for respondent.

Sara A. Miller, guardian ad litem.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

## ORDER

PER CURIAM.

This is an appeal from the trial court's determination of a changed circumstance concerning the litigants' custody of their two children. The trial court's modification of its custody order to give Kathleen Primm full legal custody with visitation rights to Ross Primm is affirmed. Rule 84.16(b).